IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GAYNELLE H. IHMS and FORTEZZA ENTERPRISES, INC., § § § Plaintiffs, § § v. § § DEUTSCHE BANK NATIONAL TRUST COMPANY, § § § Defendant. § | Civil Action No. 3:15-CV-1078-K |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant's Motion for Summary Judgment, filed on November 13, 2015, **is GRANTED.** Plaintiffs' Motion for Summary Judgment, filed on **December 2, 2015, is DENIED.**

SO ORDERED

**Signed August 30th, 2016.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE